IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LUKE 21 4-B MINISTRY &**
**HOME RENTALS, LLC**                                                                              **PLAINTIFF**

v.                             Case No. 3:24-cv-00034-KGB

**CITY OF OSCEOLA; AND**
**MAYOR JOE HARRIS, JR.,**
**individually and in his official capacity**                                                    **DEFENDANTS**

**ORDER**

Before the Court is parties' joint motion to continue deadlines (Dkt. No. 11). The parties state that the current deadline to complete discovery under the Court's Final Scheduling Order is December 5, 2024, the dispositive motion deadline is December 20, 2024, and the case is set for a jury trial the week of February 18, 2025 (*Id.*, ¶ 2). According to the parties, defendants propounded discovery to plaintiff on May 20, 2024, and plaintiff responded on July 12, 2024 (*Id.*, ¶ 3). The parties further state that plaintiff propounded discovery to defendant on October 14, 2024, making their responses due on November 13, 2024 (*Id.*). The parties represent that they have not conducted depositions and will need more time to do so and to file dispositive motions (*Id.*). The parties also point out that plaintiff's motion to remand filed on March 16, 2024, remains pending with the Court (*Id.*, ¶ 4). The parties request that the Court extend all outstanding deadlines in the Court's Final Scheduling Order for 90 days and set a new trial date (*Id.*, ¶ 5).

For good cause shown, the Court grants the parties' joint motion to continue deadlines (Dkt. No. 11). The Court removes the case from the Court's trial calendar for the week of February 18, 2025 (Dkt. No. 10). The Court will set new pretrial deadlines and a new trial date by separate order considering the parties' request to extend deadlines in the Court's Final Scheduling Order for a period of at least 90 days.

It is so ordered this 6th day of October, 2024.

_____
Kristine G. Baker
Chief United States District Court Judge

1