IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **LUKE 21:4-b MINISTRY &** <br> **HOME RENTALS, LLC.** | **PLAINTIFF** |
| v.      Case No. 3:24-cv-00034-KGB | |
| **CITY OF OSCEOLA; AND** <br> **MAYOR JOE HARRIS, JR.** <br> **INDIVIDUALLY AND IN HIS** <br> **OFFICIAL CAPACITY** | **DEFENDANTS** |

### ORDER

Before the Court is plaintiff Luke 21:4-b Ministry & Home Rentals, LLC's ("Luke") motion for extension of time to answer the motion for summary judgment (Dkt. No. 23). Luke seeks the extension of time to accommodate counsel's trial calendar (*Id.*, ¶ 3). In informal communication with the Court, counsel for defendants states that she does not oppose the motion. For good cause shown, the Court grants Luke's motion for extension of time (Dkt. No. 23). Luke's time to respond to the motion for summary judgment is extended to, and including, May 9, 2025.

It is so ordered this 5th day of May, 2025.

_____
Kristine G. Baker
Chief United States District Court Judge