IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **LUKE 21:4-b MINISTRY & HOME RENTALS, LLC.** | | **PLAINTIFF** |
| v. | Case No. 3:24-cv-00034-KGB | |
| **CITY OF OSCEOLA; AND MAYOR JOE HARRIS, JR. INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY** | | **DEFENDANTS** |

## ORDER

Before the Court is the parties' joint motion to continue deadlines and trial (Dkt. No. 30). The parties request a continuance of the pretrial deadline and trial date due to defendants' pending motion for summary judgment (*Id.*, ¶ 6). For good cause shown, the Court grants the parties' joint motion to continue deadlines and trial (*Id.*). The Court removes the case from the Court's trial calendar for the week of June 9, 2025. The Court will set new pretrial deadlines and a new trial date by separate order, if necessary, after ruling on defendants' motion for summary judgment.

It is so ordered this 20th day of May, 2025.

_____
Kristine G. Baker
Chief United States District Court Judge