**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**LUKE 21:4-B MINISTRY &**
**HOME RENTALS, LLC.**                                              **PLAINTIFF**

**v.**                          **Case No.  3:24-cv-00034-KGB**

**CITY OF OSCEOLA AND**
**MAYOR JOE HARRIS, JR.**
**INDIVIDUALLY AND IN HIS**
**OFFICIAL CAPACITY**                                              **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the Order entered in this matter on this date and this Court's prior Orders, it is

considered, ordered, and adjudged that judgment is entered in favor of the City of Osceola and

Mayor Joe Harris, Jr., individually and in his official capacity, on Luke 21:4-B Ministry & Home

Rentals, LLC's complaint (Dkt. No. 2).  The Court dismisses Luke's claims with prejudice; the

relief requested is denied.

So adjudged this 25th day of March, 2026.

_____
Kristine G. Baker
Chief United States District Court Judge